**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| JANE DOE et al., | Case № 2:20-cv-02748-ODW (PVCx) |
| Plaintiffs, | |
| v. | **FINAL JUDGMENT** |
| COUNTY OF LOS ANGELES et al., | |
| Defendants. | |

    Pursuant to the Court's Order Granting in Part Defendants' Motion for Summary Judgment and Dismissing State Law Claims, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.  The Court **DISMISSES WITH PREJUDICE** Plaintiffs' First, Second, Third, Fourth, and Eighth claims for relief, which were all alleged pursuant to 42 U.S.C. § 1983.
2.  The Court declines to exercise supplemental jurisdiction over, and **DISMISSES WITHOUT PREJUDICE**, Plaintiffs' Fifth, Sixth, Seventh, Ninth, and Tenth claims for relief.
3.  Defendants shall have **JUDGMENT** in their favor on Plaintiffs' First, Second, Third, Fourth, and Eighth claims for relief.
4.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 17, 2023

_____
           **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**